**VIA ECF**

Hon. Jennifer L. Rochon
United States District Court for the Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re: *Common Cause et al., v. Department of Homeland Security et al.*, No. 1:26-cv-08882

Dear Judge Rochon:

Under the Court's Individual Rules and Federal Rule of Civil Procedure 65, Plaintiffs Service Employees International Union Local 32BJ, Empire State 32BJ SEIU PAC, and Robert Hunter respectfully notify the Court that they intend to seek a Temporary Restraining Order and a stay under Section 705 of the Administrative Procedure Act.

Via email to the Directors of the Federal Programs Branch and the Chief of the Civil Division for the U.S. Attorney's Office for the Southern District of New York, on October 7 at 7:41 p.m., Plaintiffs provided notice of this lawsuit, a copy of the complaint, and notified the government of the intent to file this motion. Via email to the same individuals at the same email addresses at 11:51 a.m. today, Plaintiffs provided notice of the judicial assignment and requested Defendants' position on the requested relief. The Chief of the Civil Division responded to acknowledge receipt of the second email, stated that he had not received the first email, and stated that Defendants would not be able to respond to Plaintiffs' request for position by the time requested, 2:00 p.m. today.

Following this letter, Plaintiffs will file a Motion for a Temporary Restraining Order and Section 705 stay, supporting memorandum of law, declarations, and a proposed order. Plaintiffs will share electronic copies of this letter with the Directors of the Federal Programs Branch and the Chief of the U.S. Attorney's Office of this District. Plaintiffs will likewise share with the same offices electronic copies of the motion and attached filings as soon as they are filed and will promptly serve those filings on Defendants.

Plaintiffs respectfully request that the Court consider the TRO on an expedited basis and enter temporary relief no later than the end of day on Friday, October 9 to prevent taxpayer-funded and government-endorsed partisan propaganda from continuing to air, including during popular weekend programming. Emergency relief is necessary because Defendants continue to use federal funds to develop, disseminate, and air the challenged advertisements during an ongoing election period. Each additional day the advertisements remain in circulation causes ongoing and irreparable injury that cannot be remedied after the election.

Plaintiffs seek temporary relief pending resolution of a motion for a preliminary injunction, including an order restraining Defendants and persons acting in concert with them from expending additional appropriated funds for, or causing the further dissemination of, the challenged advertisements.

We are available at the Court's convenience should Your Honor wish to schedule a conference or establish an expedited briefing schedule.

October 8, 2026

Respectfully submitted,

*/s/_Elena Goldstein__*
Elena Goldstein (Bar No. EG8586)
Bradley Girard*
Sean Ouellette*
Michael J. Gaffney*
Anashua Dutta*
Paul R.Q. Wolfson*
Robin F. Thurston*
Democracy Forward
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
egoldstein@democracyforward.org

Bruce V. Spiva*
Tara Malloy*
Brent Ferguson*
Sejal Jhaveri*
Renata O'Donnell*
Katherine Hamilton*
Campaign Legal Center Action
1333 New Hampshire Ave. NW
Washington, DC 20036
(202) 736-2200

Brendan Ballou*
Samuel T. Ward-Packard*
Public Integrity Project Action, Inc.
1763 Columbia Rd. NW, Suite 175
Washington, DC 20009
(917) 684-3900

*Pro Hac Vice Application Forthcoming