UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

**Common Cause** et al.,

Plaintiffs,

v.

**Department of Homeland Security** et al.,

Defendants.

**Case No. 26-cv-8882**

## NOTICE OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND A SECTION 705 STAY

Plaintiffs Robert Hunter, Service Employees International Union Local 32BJ, and Empire State 32BJ SEIU PAC will move for a Temporary Restraining Order under Federal Rule of Civil Procedure 65(b) and a stay under 5 U.S.C. § 705 granting immediate relief to prevent further irreparable harm to Plaintiffs before the Court can consider the merits of this case.

As set forth in the attached memorandum of law in support of this motion, Defendants' actions to use federal funds to run government-endorsed, partisan ads in the month before the November elections violate the Administrative Procedure Act, the Constitution, and are ultra vires. Defendants are skewing the playing field against Plaintiffs who are engaged in the election (which, in some jurisdictions is already underway through early and mail-in voting). Immediate relief is necessary to guarantee that the election is not influenced by unlawful taxpayer-funded political propaganda.

Plaintiffs request that this Court grant emergency relief to stop Defendants from continuing to run these advertisements. Plaintiffs request an order: (1) staying the agency actions apportioning and obligating government funds to pay for the political advertisements under 5 U.S.C. § 705 and

(2) restraining Defendants and persons acting in concert with them from expending additional appropriated funds for, or causing the further dissemination of, the challenged advertisements under Federal Rule of Civil Procedure 65. Plaintiffs respectfully request that this relief issue by the end of the day on Friday, October 9, to prevent the ads from airing during similar popular weekend programming as they did last weekend (including NFL and college football, Saturday Night Live, and weekend news shows).

Via email to the Directors of the Federal Programs Branch and the Chief of the Civil Division for this U.S. Attorney's Office on October 7 at 7:41 p.m., Plaintiffs provided notice of this lawsuit, a copy of the complaint, and notified the government of the intent to file this motion. Via email to the same individuals at the same email addresses at 11:51 a.m. today, Plaintiffs provided notice of the judicial assignment and requested Defendants' position on the requested relief. The Chief of the Civil Division responded to acknowledge receipt of the second email, stated that he had not received the first email, and stated that Defendants would not be able to respond to Plaintiffs' request for position by the time requested, 2:00 p.m. today. Simultaneously with filing this motion, Plaintiffs provided by email the motion and all attachments to the same individuals at the same email addresses. Plaintiffs will also promptly serve this motion and the accompanying documents on the government by hand delivery.

October 8, 2026

Respectfully submitted,

*/s/_Elena Goldstein__*
Elena Goldstein (Bar No. EG8586)
Bradley Girard*
Sean Ouellette*
Michael J. Gaffney*
Anashua Dutta*
Paul R.Q. Wolfson*
Robin F. Thurston*

Bruce V. Spiva*
Tara Malloy*
Brent Ferguson*
Sejal Jhaveri*
Renata O'Donnell*
Katherine Hamilton*
Campaign Legal Center Action

1333 New Hampshire Ave. NW
Washington, DC 20036
(202) 736-2200

Democracy Forward
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
egoldstein@democracyforward.org

Brendan Ballou*
Samuel T. Ward-Packard*
Public Integrity Project Action, Inc.
1763 Columbia Rd. NW, Suite 175
Washington, DC 20009
(917) 684-3900

*Counsel for Plaintiffs*

* Motion to appear pro hac vice forthcoming