# DECLARATION OF ROBERT LOUIS HUNTER

I, Robert Louis Hunter, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am a 30-year-old resident of Gadsden, Alabama.

2. I am the Democratic Party's nominee for Alabama House District 28.

3. I identify as a democratic socialist.

4. I am a co-founder of the North Alabama DSA, a chapter of the Democratic Socialists of America (DSA).

5. My campaign for the Alabama House of Representatives has been endorsed by the DSA. The DSA has also contributed financially to my campaign.

6. I decided to run for office in part due to my socialist values, namely that my community needs a better social safety net. Before running for office, I ran a free store which provided materials like clothes, toys, and medical supplies, as well as free breakfast, to members of the community. I ultimately had to close the free store for financial reasons. At the same time, other parts of the social safety net had disintegrated. I saw when the free store closed how community members were worse off; the store was one of the only social services in the community that did not carry paperwork restrictions.

7. My campaign has spent a total of $1,812 on advertisements. We purchased one newspaper ad for $168, postcards to voters for $549, and a billboard

advertisement for $895. The postcards mention that I am a socialist. So does the material I distribute when I am knocking doors in the district. Here is a copy of the door-knocking material.




8. I know that President Trump directed the Department of Homeland Security to run ads on national cable and in the Birmingham media market, which includes Alabama House District 28. The ads say “paid for by the U.S. Government” and feature Donald Trump saying that “we will defeat … socialism.” These advertisements have run much more widely in the district than the postcards and billboard my campaign was able to fund.

9. I am a socialist, and that is a known part of my campaign for office.

Because these ads are being aired less than a month before the election, they benefit my opponent and damage my electoral prospects. The ads clearly support the President's political party, the Republican Party, and criticize taxes. My opponent is also a Republican, advertises that he is aligned with President Trump, and calls himself a "Tax Fighter." There istherefore no question that the ads politically support my opponent.

10. Because these ads say, "paid for by the U.S. government," the anti socialism message carries the imprimatur of the U.S. government. That is a powerful thumb on the scale that no amount of money can counter. Voters have heard this message and there is nothing I can do to erase its influence on them and on my electoral prospects.

Executed on October 7, 2026 in Gadsden, Alabama.

_____Robert Hunter_____

Robert Louis Hunter