**DECLARATION OF KYRON BANKS, EMPIRE STATE 32BJ PAC**

I, Kyron Banks, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am Deputy Political Director for the State of New York for Service Employees International Union ("SEIU") Local 32BJ.
2. Before my current position, I worked on campaigns at the federal, state, and local levels.
3. As part of my role at SEIU 32BJ, I am part of the team that directs Empire State 32BJ SEIU PAC ("Empire PAC"), our independent expenditure PAC for New York candidates.
4. Because of my experience with campaigns and political action committees, I have observed the effectiveness of dozens of political advertisements from various candidates and PACs both digital and print.
5. Empire PAC's mission is to win elections that will lead to raised standards at New York workplaces and improved conditions in our communities so that one day the phrase "working poor" will be a contradiction in terms.
6. Empire PAC uses independent expenditures to help candidates that support SEIU 32BJ's mission of creating work with dignity for all its members. Empire PAC does all of its spending independent of candidate and political party committees and makes no coordinated expenditures.
7. For the 2026 General Election, Empire PAC has made independent expenditures totaling about $20,000 so far to support Democrat Kathy Hochul for Governor, Democrat Letitia James for Attorney General, Democrat Cait Conley for United States House of Representatives in District 17, Democrat Thomas Suozzi for United States House of Representatives in District 3, and Democrat Laura Gillen for United States House of

Representatives in District 4. Empire plans to continue making independent expenditures through Election Day, November 3.

8. As part of its independent expenditures in the 2026 election cycle, Empire PAC has paid for advertising in the form of palm cards in support of those candidates. Here are some examples of the palm cards from this cycle.









9. Empire PAC also spends money to support member engagement in support of these candidates, including by phone banking and door knocking.

10. For example, Empire PAC has spent resources this cycle to coordinate bus trips for SEIU 32BJ members to door knock in various districts in support of pro-worker, progressive candidates on Saturdays from 9 a.m. until 5 p.m. The first bus trip was on September 12, 2026, to Sunny Side Queens in support of Tom Souzzi. This Saturday, October 10, 2026, we will be organizing two buses: one to Hudson Valley to knock doors for Cait Conley, and one to Long Island to knock doors for Laura Gillen. On average, 60 to 90 SEIU 32BJ members volunteer for each bus trip.

11. Every Wednesday and Thursday, we organize SEIU 32BJ members to phone bank from 12 p.m. until 7 p.m. for the various candidates we support. On average, 50 members volunteer to phone bank during each shift, which amounts to 100 volunteers per week.

12. I recently learned that President Trump is featured in several political advertisements that have run across New York media markets. I saw one of the advertisements featuring President Trump that said it was sponsored by the United States government. I found the

advertisement deeply concerning, because the U.S. government is not supposed to use its authority to weigh in on political races.

13. These ads claim that the country must "defeat socialism."

14. Some of the candidates that we support have been labeled socialists by their opposition. For instance, Empire PAC has made independent expenditures to support Cait Conley, who is running as the Democratic nominee for the United States House of Representatives for New York's 17th District in the 2026 election, and Tom Suozzi, who is running as the Democratic nominee for the United States House of Representatives for New York's 3rd District in the 2026 election. The National Republican Congressional Committee ("NRCC") has referred to Cait Conley as a "radical Democrat" who is "cozying up to socialists." Similarly, the NRCC has labeled Tom Suozzi, "Socialist Suozzi."

15. Because opponents of candidates we support have tried to cast our favored candidates as "socialists," these ads—aired less than a month before the election in the height of campaign season—serve to reinforce that messaging and thus serve as attacks on those pro-worker campaigns that we support.

16. The advertisements also criticize policies like those intended to reduce income equality and criminal justice reform that are at the heart of the platforms of the candidates Empire PAC supports.

17. The advertisements reach the same audience as our palm cards and convey the opposite message as Empire PAC. Empire PAC already competes in the political marketplace against candidates and other PACs that oppose its message.

18. The President's advertisements provide a competitive advantage to those candidates and PACs because of their clear alignment with the President, his party, and his message. That

advantage will be magnified because of the disclaimer that the advertisements are paid for by the federal government. Voters often give outsized weight to official communications from the federal government, particularly when the communication says that particular people are dangerous. Because this taxpayer-funded ad-buy echoes the messaging of the opponents of the candidates Empire PAC supports, the PAC will likely persuade fewer voters to support our preferred candidates.

19. The fact that the federal government has funded the advertisements has created an imbalance that favors the President's preferred message and preferred party and candidates over Empire PAC's. Empire PAC has spent approximately $20,000 on independent expenditures to support progressive, pro-worker campaigns during this general election. The federal government has much deeper pockets and can spend millions more on political ads if this kind of political spending is permitted. Empire PAC simply cannot compete with those resources.

20. In response to the advertisements, our door-knocking member-volunteers will likely need to explain that these ads are not a normal use of government resources and that the ads should not influence views of the candidates in this election.

21. If the advertisements are not stopped immediately, Empire PAC will continue to face a competitive disadvantage. Every day that the taxpayer-funded advertisements are on the air, Empire PAC's messaging will be drowned out by the message that these ads convey. The election is already underway, with millions of people having voted by mail. Early voting in New York begins on October 24, 2026. And Election Day is only weeks away. As a result, there will be no way to turn back the clock if we cannot stop these ads now—that disadvantage simply cannot be remedied after people vote.

Kyron Banks (Oct 8, 2026 11:53:39 EDT)

October 8, 2026

Kyron Banks
Empire State 32BJ PAC