**DECLARATION OF CANDIS TALL, EXECUTIVE VICE PRESIDENT AND POLITICAL DIRECTOR OF SEIU LOCAL 32BJ**

I, Candis Tall, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am the Executive Vice President and Political Director of Service Employees International Union Local 32BJ ("SEIU 32BJ").
2. SEIU 32BJ is a member-driven union, dedicated to ensuring that our workers share the prosperity of the industries that they contribute to.
3. SEIU 32BJ represents more than 185,000 building workers, including men and women who work as window cleaners, doormen and women, porters, security guards, janitorial cleaners, and airport workers.
4. SEIU 32BJ represents members in New York, New Jersey, Connecticut, Pennsylvania, Delaware, Maryland, Virginia, Massachusetts, Rhode Island, New Hampshire, Florida, Kentucky, and Washington, D.C.
5. I have worked at SEIU 32BJ since 2015.
6. I lead the team responsible for promoting legislation to lift standards for workers and advance social justice. I lead the union's work to elect progressive, pro-worker candidates at the local, state, and federal levels.
7. SEIU 32BJ identifies the progressive, pro-worker candidates that we support by sending out a questionnaire to candidates, which contains questions relevant to our interest areas, varying by the level of government and the state and city that the candidates are located in. Candidates fill out the questionnaire and send it back to us. Our members then score each candidate across a variety of interest areas, including labor standards, immigration, quality of life, social justice,

and worker's rights. Then the organization formally supports a candidate, informed by those results.

8. The progressive, pro-worker campaigns that the union supports never have enough money or people. The union attempts to provide both money and volunteers through our membership to the campaigns we identify as aligned with our union's values and most likely to support our union's issues.

9. We raise funds to advance our political goals. We use that money to aid progressive, pro-worker candidates and campaigns across the geographical areas we work.

10. We have 185,000 members who can get involved in these campaigns. SEIU 32BJ supports this involvement by reminding our members of voter registration deadlines and procedures and sharing information with members about the candidates we have endorsed. Because our members trust that they are getting accurate information from us, our word has value, and we are able to mobilize our union members to support campaigns that will represent their values and interests.

11. To advance its political goals, SEIU 32BJ has established and operates PACs in eight states to participate in their elections as well as one with the Federal Election Commission to participate in federal elections. One such PAC is Empire State 32BJ SEIU. We pay for the administrative expenses of our PACs, fund some with SEIU 32BJ treasury funds and fund others with separate voluntary contributions from members, in accordance with varying state and federal laws, so they can make political contributions and expenditures.

12. Our PACs variously support state and federal candidates in New York, New Jersey, Connecticut, Pennsylvania, Delaware, Maryland, Virginia, Massachusetts, Rhode Island, New

Hampshire, Florida, Kentucky, and Washington D.C., including by making contributions to, or independent expenditures for, their campaigns.

13. SEIU Local 32BJ, through its PACs, also uses emails, phone calls, texts, and membership meetings to ask our members to volunteer for campaigns that we have identified as pro-worker.

14. SEIU 32BJ also sends out its own mailers to remind people to get out and vote. These materials contain links to our website to show the slate of candidates that SEIU 32BJ has endorsed.

15. I have seen the recent advertisement campaign that the federal government has sponsored across the country. One ad claims that the United States must "defeat socialism." Another states that the country is in a "final battle" and must "cast out the communists, Marxists and fascists."

16. Some of the candidates that we support have been labeled socialists by their opposition. For instance, SEIU Local 32BJ supports, and Empire PAC has made independent expenditures to support, Cait Conley, who is running as the Democratic nominee for the United States House of Representatives for New York's 17th District in the 2026 election, and Tom Suozzi, who is running as the Democratic nominee for the United States House of Representatives for New York's 3rd District in the 2026 election. The National Republican Congressional Committee ("NRCC") has referred to Cait Conley as a "radical Democrat" who is "cozying up to socialists." Similarly, the NRCC has labeled Tom Suozzi, "Socialist Suozzi."

17. The President has previously called some of the candidates that we have endorsed "socialists," "communists," or insinuated that they were not patriotic. For example, President Trump called Janeese Lewis George, who is a self-identified Democratic Socialist and the Democratic nominee for Mayor of Washington, D.C., a "Communist" in a Truth Social post in which he

also vowed to block her policy goals. SEIU 32BJ has endorsed Ms. Lewis George. President Trump has also labeled Senator Cory Booker, another SEIU 32BJ-endorsed candidate, a "socialist." President Trump has also called some SEIU 32BJ-endorsed candidates unamerican, claiming, for example, that congressional candidates Chris Deluzio and Chrissy Houlahan had engaged in "SEDITIOUS BEHAVIOR, punishable by DEATH" and reposting that they someone should "HANG THEM, GEORGE WASHINGTON WOULD!"

18. Because the President and those who are politically opposed to the candidates we have endorsed have attempted to link the candidates that we support to socialism or a lack of patriotism, and these ads are now claiming that true Americans must unite to wage a war against "socialists," the advertisements are attacks on those campaigns.

19. Using the federal government's money to run campaign attack ads completely upends the political playing field for two reasons. First, the United States government is meant to be apolitical and represent the people—plain and simple. Therefore, the government packs a powerful punch when it appears to be putting its thumb on the scale against candidates who have been attacked as "socialists," "communists," or unamerican. This puts those candidates at a serious competitive disadvantage, depicting them as people who the federal government does not trust to join its ranks. Second, because SEIU 32BJ supports some of these candidates, such as Cait Conley and Tom Suozzi, it also puts SEIU 32BJ and the resources that it extends to those candidates at a serious disadvantage. No amount of money can be spent to match the powerful messaging that is an ad campaign "funded by the United States government."

20. The bell cannot be unrung on voters hearing these messages from the federal government. So long as these taxpayer-funded ads are on the air, SEIU 32BJ and the candidates that we support will continue to be harmed. Thus, time is of the essence. The election is already underway,

with mail-in or absentee voting having begun where SEIU 32BJ operates, and early voting beginning across the country. Every day that these ads continue to run is a day that the federal government attacks some of the pro-worker, progressive candidates that SEIU 32BJ has dedicated resources to support, making it harder for those candidates to persuade voters to support them.

21. SEIU 32BJ is forced to take action in response to these ads.

22. First, in response to the advertisements, we will double down on our civic engagement education for our members, explaining that this is not normal use of government resources and that it should not influence views of the candidates in this election.

23. Second, SEIU 32BJ needs to raise voluntary contributions from members and use that money strategically to invest in races across the states we work in for candidates that will promote workers' rights. If the federal government can start to spend millions of dollars on ads that attack campaigns we support, there is no way that SEIU 32BJ can match those funds. Therefore, SEIU 32BJ is at a serious competitive disadvantage because it does not have access to the giant pot of money that the federal government does.

(Oct 8, 2026 13:28:58 EDT)

October 8, 2026

Candis Tall
SEIU Local 32BJ