# DECLARATION OF SAMUEL T. WARD-PACKARD

I, Samuel T. Ward-Packard, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am one of the attorneys representing Plaintiffs in the above-captioned action.

3. AdImpact is a paid subscription service that provides detailed, current, highly reliable data about political advertising.

4. On the morning of October 8, I used AdImpact's AdMo+ dashboard to gather data on the taxpayer-funded political advertising the government began running on September 23. My findings are set out in the paragraphs below.

5. Spending and impression figures are AdImpact estimates. AdImpact counts a "spot" as a single airing of an advertisement on a single station.

6. The government has aired five taxpayer-funded political advertisements since September 23: "The Country He Loves," "Celebrating the Enduring Spirit," "Final Battle," "To the Great Proud People of Iran," and "Maduro."

7. "The Country He Loves" and "Final Battle" are 30 seconds long; "Celebrating the Enduring Spirit," "To the Great Proud People of Iran," and "Maduro" are 60 seconds long.

8. "The Country He Loves" first aired on September 23. As of 11 a.m. eastern on October 8, it had aired in 1,315 spots and recorded an estimated 95 million impressions, at an estimated cost to taxpayers of over $1.37 million.

9. "Celebrating the Enduring Spirit" first aired on September 24. As of 11 a.m. eastern on October 8, it had aired in 3,190 spots and recorded an estimated 360 million impressions, at an estimated cost to taxpayers of over $2.84 million.

10. "Final Battle" first aired on September 26. As of 11 a.m. eastern on October 8, it had aired in 9,679 spots and recorded an estimated 972 million impressions, at an estimated cost to taxpayers of over $9.09 million.

11. "To the Great Proud People of Iran" first aired on October 1. As of 11 a.m. eastern on October 8, it had aired in 782 spots and recorded an estimated 37 million impressions, at an estimated cost to taxpayers of over $595,000.

12. "Maduro" first aired on October 6. As of 11 a.m. eastern on October 8, it had aired in 1,288 spots and recorded an estimated 103 million impressions, at an estimated cost to taxpayers of over $1.47 million.

13. In total, as of 11 a.m. eastern on October 8, the government's taxpayer-funded political advertising spree had included at least 16,254 spots and had generated an estimated 1.56 billion impressions. It had cost taxpayers an estimated $15.4 million and counting.

14. The government's advertising campaign has aired nationwide, including in both the New York and Alabama markets.

15. "Final Battle," for instance, has aired on various national network broadcasts. That national programming has included, among other placements, 1,393 spots during Good Morning America and 541 spots during NFL football. Both those programs are carried in New York and Alabama, as are many of the other national programs during which the government's spots have aired.

16. "Final Battle" has also aired in 63 spots during local New York programming, 6 spots during local Birmingham programming, and several spots during local programming in other Alabama markets.

17. All other ads have similarly aired in spots during local programming in both the New York and Alabama markets.

18. Despite President Trump's claim on the evening of October 5 that he would begin paying for the ads himself, the taxpayer-funded ads have continued to run.

19. "Final Battle," for instance, aired in 773 spots on October 6—over 150 more spots than on October 5. The number increased again on October 7, when "Final Battle" ran in 921 spots. And as of 11 a.m. eastern on October 8, "Final Battle" had already aired in over 500 more spots, including 195 spots during "Good Morning America" alone.

20. "Maduro" first began airing on October 6, one day after Trump's assertion that he would cease the taxpayer-funded advertising. As of 11 a.m. eastern on October 8, it had aired in 1,288 spots and counting, most frequently during "CBS News Mornings."

21. The government's advertisements have continued to air in the markets most pertinent to Plaintiffs since October 5.

22. For instance, during the period from early morning on October 6 to 11 a.m. eastern on October 8, "Final Battle" has aired in 1,439 national network spots, 14 New York local spots, and at least 6 Alabama local spots.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of October, 2026, in Madison, Wisconsin.

/s/ Samuel T. Ward-Packard
Samuel T. Ward-Packard