**UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Common Cause** et al.,<br>Plaintiffs,<br>v.<br>**Department of Homeland Security** et al.,<br>Defendants. | **Case No. 26-cv-8882** |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for a Temporary Restraining Order and Section 705 Stay, it is hereby **ORDERED** that Plaintiffs' motion is **GRANTED**. It is further

**ORDERED** that under 5 U.S.C. § 705, the contract obligating government funds to LMD Agency for the purpose of the challenged advertisements is stayed. It is further

**ORDERED** that under 5 U.S.C. § 705, OMB's apportionment of $20 million to fund the development, creation, and airing of the taxpayer-funded ads is stayed. It is further

**ORDERED** that Defendants are enjoined from using, disbursing, or transferring funds appropriated to the Department of Homeland Security to develop, create, disseminate, place, distribute, publish, or air the advertisements referenced in paragraphs 44 through 83 of the Complaint in this action or any substantially similar advertisement. It is further

**ORDERED** that Defendants shall cancel or cause to be cancelled any slot, placement, reservation, or arrangement for the airing or dissemination of the advertisements referenced in paragraphs 44 through 83 of the Complaint or any substantially similar advertisement.

**ORDERED** that Defendants shall not enter into, renew, or expand any agreement authorizing the development, creation, dissemination, placement, or airing of the advertisements referenced in paragraphs 44 through 83 of the Complaint or any substantially similar advertisement. It is further

**ORDERED** that the foregoing instructions bind Defendants' officers, agents, employees, contractors, and anyone acting in concert with them. *See* Fed. R. Civ. P. 65(d)(2).

**ORDERED** that Defendants shall immediately provide a copy of this order to LMD Agency and LMO Advertising, under Federal Rule of Civil Procedure 65(d)(2)(C), and that LMD Agency and LMO Advertising, each as a contractor that is in active concert and participation with Defendants, is enjoined from continuing to run the advertisements subject to its September 19, 2026, contract with DHS. It is further

**ORDERED** that within 24 hours, Defendants shall file with the Court and serve upon Plaintiffs a declaration identifying:

(a) all appropriated funds obligated or expended for the above-referenced advertisements;

(b) all amounts not yet expended by contractors or subcontractors;

(c) all currently scheduled future advertising placements; and

(d) all contracts, task orders, and funding instruments relating to the advertisements. It is further

**ORDERED** that Defendants will file a status report within 24 hours of the entry of this temporary restraining order and Section 705 stay, confirming compliance with this order. It is further

**ORDERED** that this Order shall remain in effect until 14 days from today, subject to an extension by this Court.

**SO ORDERED**

October ___, 2026

______________________

Hon. Jennifer L. Rochon
United States District Judge