IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

COMMON CAUSE, *et al*,

Plaintiffs,

v.

DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Defendants.

No. 26-cv-8882 (JLR)

**DECLARATION OF HOLLY C. MEHRINGER**

I, Holly C. Mehringer, based upon my personal knowledge and information made known to me in the course of my official employment, hereby declare, to the best of my knowledge information, and belief, as follows relating to the above-captioned matter:

1. I am the Senior Official Performing the Duties of the Chief Financial Officer for the United States Department of Homeland Security ("the Department"). In that role, I am responsible for overseeing fiscal management, financial integrity, and accountability for the Department's budget and supporting DHS personnel in the execution of the Department's various missions. Additionally, I oversee the Budget Division within the Office of the Chief Financial Officer. The Budget Division oversees the administration of the Department's total budgetary resources to ensure the efficient and effective use of funds. The Budget Division is also responsible for execution, control, and monitoring of appropriations for the Department that Congress has enacted. I have personal knowledge regarding the budget process, including the execution of the Department's appropriated funding.

2. It is my understanding that Plaintiffs have brought suit seeking to enjoin the federal government from "continuing to use appropriated funds" to "air" certain media depicting the President of the United States' and his administration's various efforts related to protecting America's borders, including enhancements of border security by combatting drug trafficking.

3. On or about September 20, 2026, U.S. Customs and Border Protection ("CBP"), a component of the Department, issued a $20,000,000 purchase order for services ("the Order") to Lepugh, Inc. (doing business as LMD Agency, Inc.) ("the Vendor") under a previously awarded blanket purchase agreement ("BPA").

4. To fund the Order, the Department used funds appropriated to CBP in section 90004 of Public Law No. 119-21. Those funds are available for, among other things, "[c]ommemorating efforts and events related to border security."

5. The Order was issued for media services in support of CBP for placing national media buys. The terms of the Order required the contractor to provide media buy support with media outlets and programs on a national level using a combination of morning and evening cable news, 6 – 10am dayparts, 4-11pm dayparts, media programing through FOX, CNN, MSNOW, and NEWSMAX, Sunday shows including broadcasts with CBS, ABC, and NBC, and football commercial buys with CBS, ABC, ESPN, and other channels.

6. The Order did not fund the creation or production of any videos or media. The Order only funded the airing of preexisting media. None of the Department's appropriated funds were used to create or produce any of the media that aired under the terms of the Order.

7. The Order's period of performance is September 20, 2026, through September 19, 2027, or until all deliverables and media placements have occurred.

8. The Vendor has currently purchased media buys under the terms of the Order through Sunday, October 11, 2026, at an approximate cost of $19,000,000. The Department has

directed the Vendor not to make any additional media buys past October 11 and expects that the Vendor will submit its final invoice for services performed under the Order after that date. Once received, that invoice will be paid for services already performed under the Order.

9. Any residual funding left under the Order after October 11, 2026, after all invoices have been paid, will be de-obligated.

10. As of the date of this declaration and to the best of my knowledge and belief, the Department has no plans to make any additional media buys under the Order or to renew the Order or otherwise use DHS appropriated funds on any similar contracts for the creation or distribution of the media that is the subject of this lawsuit and referenced above. As it has routinely done in the past, the Department will continue to periodically use funds appropriated to the Department for the creation or distribution of media for recruitment purposes.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 10, 2026.

HOLLY C MEHRINGER

Digitally signed by HOLLY C MEHRINGER
Date: 2026.10.10 12:18:40 -04'00'

HOLLY C. MEHRINGER
Senior Official Performing the Duties of the Chief Financial Officer,
U.S. Department of Homeland Security