**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **COMMON CAUSE, *et al.*,**<br><br>Plaintiffs,<br><br>*v.*<br><br>**DEPARTMENT OF HOMELAND SECURITY, *et al.*,**<br><br>Defendants. | Case No. 26 CV 8882 (JLR) |

**DECLARATION OF WILLIAM C. WOOLF**

I, William Woolf, make the following declaration based upon my personal knowledge, upon information provided in my official capacity, and upon conclusions I reached based on that knowledge or information:

1. I am the Program Associate Director for Homeland Security Programs at the Office of Management and Budget ("OMB") in the Executive Office of the President, in Washington, D.C. I have served in this position since April 2026. I make this declaration based on personal knowledge and information provided to me as part of my official duties.

2. As the Program Associate Director, I have been delegated the OMB Director's authorities to apportion funds pursuant to 31 U.S.C. 1513(b) for the Homeland Security Programs. 90 Fed. Reg. 9737.

3. On September 19, 2026 at 6:15 PM EDT, the U.S. Customs and Border Protection ("CBP") submitted a request to reapportion funds appropriated by section 90004 of the Working Families Tax Cut Act (Pub. L. 119-21) ("WFTCA") within CBP's "Operations and Support" account, referenced by Treasury Appropriation Fund Symbol ("TAFS") 070-2025-2029-0530.

4. CBP's September 19 reapportionment request sought to make an additional $20 million

available for obligation on line 6043 for "OBBBA – Commemorative Events." That additional funding came from amounts apportioned on line 6170, which is for obligation in future fiscal years, in this case fiscal year 2027.

5. I approved the reapportionment request at 7:50 PM EDT on September 19, 2026.

6. In general, an apportionment (i.e., Standard Form 132) does not reflect actual obligations and expenditures. Rather, the apportionment shows the budgetary resources available to the relevant agency and the amounts from those resources that are available for new obligations according to specified time periods, programs, activities, projects, objects, or any combination thereof. *See* OMB Circular A-11, §§ 120.1, 120.10.

7. Apportionments are only effective for that fiscal year. Unexpired balances from multi-year or no-year appropriations must be apportioned each fiscal year. *See* OMB Circular A-11, § 120.7.

8. OMB cannot reapportion a past period. OMB Circular A-11, § 120.54.

9. On October 6, 2026, I approved the initial apportionment for TAFS 070-2025-2029-0530 for Fiscal Year 2027, reflecting the unexpired budgetary resources carried over from the prior fiscal year and apportioning $1,000,000 on line 6043 for "OBBBA – Commemorative Events."

CONCLUSION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Washington, D.C., on the 10th day of October, 2026.

William C. Woolf