# Exhibit B

**SECOND DECLARATION OF SAMUEL T. WARD-PACKARD**

I, Samuel T. Ward-Packard, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am one of the attorneys representing Plaintiffs in the above-captioned action.

3. AdImpact is a paid subscription service that provides detailed, current, highly reliable data about political advertising.

4. I previously provided the Court with a declaration containing AdImpact data that I retrieved on October 8. ECF 26-4.

5. On October 11, the Court entered an order requiring Defendants to halt the airing of the advertisements at issue in this case. ECF 41.

6. That order was entered at 6:46 p.m. Eastern time and was effective immediately. ECF 41 at 4.

7. At 1:31 p.m. Eastern time today, the *Washington Post* published reporting, citing AdImpact data, that two of the ads at issue in this litigation "aired numerous times after [this Court's] deadline passed at 6:45 p.m. Eastern time on Sunday."[1]

8. Upon learning of that reporting, I used AdImpact's AdMo+ dashboard to determine whether ads had continued to run notwithstanding this Court's order.

---

[1] Aoife Walsh, *Trump blew past deadline to halt running taxpayer-funded campaign-style ads*, Washington Post (Oct. 12, 2026, 1:31 p.m. EDT), https://www.washingtonpost.com/politics/2026/10/12/judge-blocks-trump-administration-airing-taxpayer-funded-campaign-style-ads/.

9. According to AdImpact data retrieved at 2:45 p.m. Eastern today, Defendants' ads ran in nearly 400 spots on programs that began airing at 7 p.m. Eastern last night—that is, after this Court's order was in effect.

10. Specifically, "Final Battle" ran in 193 spots during "60 Minutes," which aired on CBS starting at 7 p.m. Eastern.

11. And "Maduro" ran in 198 spots during "America's Funniest Home Videos," which aired on ABC starting at 7 p.m. Eastern.

12. According to the same data, the government's ads have continued to air today, Monday, October 12.

13. Specifically, as of 2:45 p.m. Eastern, "Maduro" has aired in 20 spots, "Final Battle" has aired in 11 spots, and "The Country He Loves"—which had not previously aired since October 6—has aired in one spot.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of October, 2026, in Madison, Wisconsin.

/s/ Samuel T. Ward-Packard
Samuel T. Ward-Packard