UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMON CAUSE, ROBERT HUNTER, SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 32BJ, and EMPIRE STATE 32BJ SEIU PAC,

Plaintiffs,

-against-

DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, *Secretary of the Department of Homeland Security, in his official capacity*; OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, *Director of the Office of Management and Budget, in his official capacity*; EXECUTIVE OFFICE OF THE PRESIDENT; and SUSIE WILES, *White House Chief of Staff, in her official capacity*,

Defendants.

Case No. 1:26-cv-08882 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of Defendants' status report dated October 12, 2026, Dkt. 44, and the prior submission by Plaintiffs dated October 12, 2026, Dkt. 43.

On October 11, 2026 at 6:45pm, the Court entered a temporary restraining order and stay requiring that the challenged advertisements stop airing. Notwithstanding this and Defendants' representations that the media-buys ended on October 11, 2026, Dkt. 38 ("Mehringer Decl.") ¶ 8, Plaintiffs have provided evidence that the challenged advertisements ran at 2:45 p.m. on October 12, 2026, Dkt. 43-2 ("Ward-Packard Decl.") ¶¶ 12-13.

The parties are hereby ORDERED to appear at a conference to discuss this and next steps in this action on **October 14, 2026 at 10:00 AM** in Courtroom 20B of the Daniel Patrick

Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Defendants shall be prepared to address the information in Plaintiffs' submission.

Dated: October 13, 2026
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge