**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 15, 2026

**BY ECF**
The Honorable Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Common Cause et al. v. Department of Homeland Security et al.*, 26 Civ. 8882 (JLR)

Dear Judge Rochon:

Pursuant to the Court's instruction at yesterday's conference to submit a declaration addressing how the challenged advertisements aired on Monday, October 12, 2026, attached please find the Declaration of Holly C. Mehringer, dated October 15, 2026.

Thank you for your consideration of this matter.

Respectfully submitted,

JAMIE M. MCDONALD
United States Attorney for the
Southern District of New York

By: /s/ *Jeffrey Oestericher*
JEFFREY OESTERICHER
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2695
E-mail: jeffrey.oestericher@usdoj.gov

Attachment