IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMON CAUSE, *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | No. 26-cv-8882 (JLR) |

**DECLARATION OF HOLLY C. MEHRINGER**

I, Holly C. Mehringer, based upon my personal knowledge and information made known to me in the course of my official employment, hereby declare, to the best of my knowledge information, and belief, as follows relating to the above-captioned matter:

1. I am the Senior Official Performing the Duties of the Chief Financial Officer for the United States Department of Homeland Security ("the Department"). In that role, I am responsible for overseeing fiscal management, financial integrity, and accountability for the Department's budget and supporting DHS personnel in the execution of the Department's various missions. Additionally, I oversee the Budget Division within the Office of the Chief Financial Officer. The Budget Division oversees the administration of the Department's total budgetary resources to ensure the efficient and effective use of funds. The Budget Division is also responsible for execution, control, and monitoring of appropriations for the Department that Congress has enacted. I have personal knowledge regarding the budget process, including the execution of the Department's appropriated funding.

2. This declaration supplements my prior declaration in this case.

3. As previously explained, on or about September 20, 2026, U.S. Customs and Border Protection ("CBP"), a component of the Department, issued a $20,000,000 purchase order for services ("the Purchase Order") to Lepugh, Inc. (doing business as LMD Agency, Inc.) ("the Vendor") under a previously awarded blanket purchase agreement ("BPA") for media services in support of CBP placing national media buys.

4. The Department directed the Vendor not to make any additional media buys for airing after October 11, 2026. Consistent with that direction, on October 7, 2026, the Vendor notified all media outlets not to run any ads past October 11th including "make goods[1]."

5. On October 11, 2026, per reporting from the media outlets and Vendor, the last ads pursuant to the Purchase Order ran at 7:32pm EST on ABC during "Funniest Videos" and 7:36pm EST on CBS during "60 Minutes." I understand that those ads ran before the Department received notice of this Court's temporary restraining order.

6. On the morning of October 12, 2026, the Vendor confirmed receipt of the TRO and confirmed: (1) advertising placements covered by the Purchase Order ceased on October 11, 2026, and no additional placements were scheduled or authorized to be funded; (2) final advertisements covered by the Purchase Order aired on October 11, 2026, on the following networks and at the following times: ABC at 7:30 p.m.[2] Eastern Time, and CBS (60 Minutes) at 7:36 p.m. Eastern Time.

7. On October 13, 2026, at the request of the Department, the Vendor once again confirmed the following: (1) CBP did not fund any ads past October 11, 2026 as part of the

[1] "Make good" is a term used in the context of media or sponsorship contracts used to connote providing substitute content to meet agreed exposure levels if the original planned placements are unavailable.

[2] A later review of the post logs provided by the media outlets revealed that this ad aired at 7:32 p.m. EST rather than 7:30 p.m. EST.

Purchase Order; on October 7, 2026, the Vendor notified all relevant media outlets verbally and in writing not to run any ads under the Purchase Order after October 11, 2026, including any "make good" broadcasts.

8. The Vendor requested "post logs" from the media outlets, which verify when all ads funded by the Department were aired. A review of the post logs received to date confirm that no ads funded by the Department ran after October 11, 2026, and the last ads funded by the Department aired on ABC at 7:32 p.m., October 11, 2026 and on CBS at 7:36 p.m., October 11, 2026.

9. On October 14, 2026, the Department requested the Vendor to confirm that no ads under the Purchase Order, including "make good" ads, aired after October 11, 2026. The Vendor confirmed that media outlet representatives reviewed their post logs and reported to the Vendor that no ads under the Purchase Order, including any "make good" ads, aired after October 11, 2026.

10. I understand that Plaintiffs allege that ads ran in 32 slots on October 12, 2026. Plaintiffs did not provide precise information about specific times or stations of alleged airings. In another case, however, the plaintiff identified a specific ad, time, and station in which a relevant ad allegedly aired on October 12, 2026. The morning of October 15, 2026, the Department asked the Vendor to contact ABC and inquire about this ad alleged to have aired on or about 3:45 a.m EST in New York City and which allegedly contained the disclaimer "Paid for by the U.S. Government." The Department asked the Vendor to ask representatives from ABC whether this alleged ad was aired in error or whether it was aired from a non-DHS funding source. The Vendor replied that the previously provided logs were for all of the national ads placed by the Vendor and that the Vendor does not presently have any information regarding the above referenced ad.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 15, 2026.

HOLLY C MEHRINGER

Digitally signed by HOLLY C MEHRINGER
Date: 2026.10.15 18:28:44 -04'00'

HOLLY C. MEHRINGER
Senior Official Performing the Duties of the Chief Financial Officer,
U.S. Department of Homeland Security