**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 19, 2026

**BY ECF**
The Honorable Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Common Cause et al. v. Department of Homeland Security et al.*, 26 Civ. 8882 (JLR)

Dear Judge Rochon:

This Office represents the defendants in the above-referenced matter. I write respectfully to request a one-day extension of defendants' time to respond to plaintiffs' interrogatories and requests to admit, from today, October 19, 2026, to October 20, 2026. An issue arose very late in the day such that defendants require additional time to continue their efforts to obtain the information requested and to consult internally as needed.

Plaintiffs' counsel has graciously consented to this request, provided that defendants consent to a one-day extension of their deadline to file a motion for a preliminary injunction, from October 22 to October 23, 2026. Defendants consent to this request. This is defendants' first request for an extension of their discovery response deadline and plaintiffs' first request for an extension of the deadline to file their motion for a preliminary injunction.

I apologize for the very last-minute nature of this request. Thank you for your consideration of this matter.

Respectfully submitted,

JAMIE M. MCDONALD
United States Attorney for the
Southern District of New York

By: /s/ *Jeffrey Oesterricher*
JEFFREY OESTERICHER
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2695
E-mail: jeffrey.oestericher@usdoj.gov