**VIA ECF**
Hon. Jennifer L. Rochon
United States District Court for the Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re: *Common Cause v. Department of Homeland Security*, No. 1:26-cv-08882

Dear Judge Rochon:

To allow the Court to resolve the discovery disputes set forth in Plaintiffs' just-filed motion to compel prior to briefing on the preliminary injunction motion, counsel for Plaintiffs and Defendants have agreed to jointly propose to the Court the following modified schedule:

| | |
|---|---|
| **Today, Oct. 21** | Plaintiffs file motion to compel |
| **Monday, Oct. 26** | Defendants respond to motion to compel |
| **Friday, Oct. 30** | Plaintiffs file PI motion and brief |
| **Wednesday, Nov. 4** | Defendants file PI response |
| **Friday, Nov. 6** | Plaintiffs file PI reply |
| **Sunday, Nov. 15** | TRO expires |

Defendants have agreed to extend the relief provided by this Court's existing temporary restraining order through November 15 insofar as this modified schedule is adopted. *See* Fed. R. Civ. P. 65(b)(2) ("adverse party" may "consent[] to a longer extension" of a TRO).

Plaintiffs also wish to provide notice that they anticipate moving the Court to expand the scope of the existing TRO no later than this Friday, October 23. As described in Plaintiffs' motion to compel, Defendants have admitted that EOP employees "compiled" certain of the Challenged Advertisements, including certain of those advertisements that Defendants have posted online. Two advertisements—"Every Democrat Voted Against No Tax on Tips" and "President Trump's Second Term: Stephen Miller"—continue to appear on the official White House YouTube page and, as of this week, began airing on television, with MAGA Inc. paying to air these presumably taxpayer-created ads. Plaintiffs' anticipated motion relates to these and other advertisements that were evidently created, at least in part, with appropriated funds and that are continuing to be disseminated during the midterm election period.

October 21, 2026

Respectfully submitted,

*/s/ Samuel T. Ward-Packard*
Samuel T. Ward-Packard
Brendan Ballou*
Public Integrity Project Action, Inc.
1763 Columbia Rd. NW, Suite 175
Washington, DC 20009
(917) 684-3900
sam@publicintegrityproject.org

Bruce V. Spiva*
Tara Malloy*
Brent Ferguson
Sejal Jhaveri
Renata O'Donnell
Katherine Hamilton
Campaign Legal Center Action
1333 New Hampshire Ave. NW
Washington, DC 20036
(202) 736-2200

*Pro Hac Vice Application Forthcoming

Bradley Girard
Sean Ouellette
Michael J. Gaffney
Anashua Dutta
Paul R.Q. Wolfson
Robin F. Thurston
Democracy Forward
P.O. Box 34553
Washington, DC 20043
(202) 448-9090