UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

**Common Cause** et al.,

Plaintiffs,

v.

**Department of Homeland Security** et al.,

Defendants.

**Case No. 26-cv-8882**

**NOTICE OF PLAINTIFFS' MOTION FOR TO EXPAND THE TEMPORARY RESTRAINING ORDER**

Plaintiffs Robert Hunter, Service Employees International Union Local 32BJ, and Empire State 32BJ SEIU PAC will move to expand the Court's Temporary Restraining Order, Dkt. 41, granting immediate relief to prevent further irreparable harm to Plaintiffs before the Court can consider the merits of this case.[1]

Starting in September 2026, at the direction of President Trump, Defendants redirected taxpayer funds appropriated to the Department of Homeland Security for border security to fund a political ad campaign designed to influence the ongoing midterm elections. On October 12, the Court entered a Temporary Restraining Order that enjoined Defendants not to use DHS appropriations to air the challenged advertisements and to cancel any arrangement for the airing of those advertisements, among other things. One day after the Court issued its order, the Executive Office of the President (EOP) posted new political advertisements to the White House's official YouTube page. And shortly after, MAGA Inc., a super PAC under President Trump's control,

[1] Moving Plaintiffs include only those currently experiencing irreparable harm from the challenged actions: SEIU 32BJ, Empire PAC, and Robert Hunter.

started broadcasting some of the ads on national television. EOP also posted at least one of the new political advertisements to its Instagram account.

This Tuesday, October 20, Defendants admitted in response to a discovery request that EOP staff helped produce these political advertisements by "compil[ing]" them. EOP's compilation of the challenged ads for dissemination by a super PAC to influence the midterm elections violates federal law no less than their use of funds to air them though a government contractor. Defendants continue to skew the playing field against Plaintiffs who are engaged in the election.

The Court should expand the Temporary Restraining Order to guarantee that the election is not influenced by unlawful taxpayer-funded political propaganda. Under Federal Rule of Civil Procedure 65, Plaintiffs request an order restraining Defendants and persons acting in concert with them—including MAGA Inc.—from causing the further dissemination of political advertisements created or compiled by EOP.

October 23, 2026

Respectfully submitted,

/s/_Bradley Girard__
Bradley Girard
Sean Ouellette
Michael J. Gaffney
Anashua Dutta
Paul R.Q. Wolfson
Robin F. Thurston
Democracy Forward
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
bgirard@democracyforward.org

Bruce V. Spiva*
Tara Malloy*
Brent Ferguson
Sejal Jhaveri
Renata O'Donnell
Katherine Hamilton
Campaign Legal Center Action
1333 New Hampshire Ave. NW
Washington, DC 20036
(202) 736-2200

Brendan Ballou*
Samuel T. Ward-Packard
Public Integrity Project Action, Inc.
1763 Columbia Rd. NW, Suite 175
Washington, DC 20009
(917) 684-3900

*Counsel for Plaintiffs*

* Motion to appear pro hac vice forthcoming