**UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Common Cause** et al.,<br>Plaintiffs,<br>v.<br>**Department of Homeland Security** et al.,<br>Defendants. | **Case No. 26-cv-8882** |

# [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion to Expand the Temporary Restraining Order, it is hereby **ORDERED** that Plaintiffs' motion is **GRANTED**. The TRO previously entered on October 11, 2026, Dkt. 41, shall remain in effect through November 20, 2026, Dkt. 80. It is further

**ORDERED** that Defendants are enjoined from using any appropriated funds, including staff time, to develop or create political advertisements and enjoined from creating, disseminating, or airing political ads compiled by the Executive Office of the President. These ads include but are not limited to: "The Country He Loves," "Maduro," "Final Battle," "Celebrating the Enduring Spirit," "To the Great Proud People of Iran," "UFC 250," "King of the Jungle," "Resilience," "God Made Trump," "President Trump's Second Term: Stephen Miller," "$5,000 to Americans," "Man in the Arena," and "Every Democrat Voted Against No Tax on Tips," or any substantially similar advertisements (collectively "the challenged advertisements"); and it is further

**ORDERED** that Defendants shall remove any of the challenged advertisements from official government websites, including social media sites such as YouTube, Instagram, or other similar sites. It is further

**ORDERED** that Defendants shall cancel or cause to be cancelled any slot, placement, reservation, or arrangement for the airing or dissemination of the challenged advertisements that were compiled by the Executive Office of the President. It is further

**ORDERED** that Defendants shall not enter into, renew, or expand any agreement authorizing the development, creation, dissemination, placement, or airing of the challenged advertisements that were compiled by the Executive Office of the President. It is further

**ORDERED** that the foregoing instructions bind Defendants' officers, agents, employees, contractors, and anyone acting in concert with them, including MAGA Inc. *See* Fed. R. Civ. P. 65(d)(2). It is further

**ORDERED** that Defendants will file a status report within 24 hours of the entry of this temporary restraining order, confirming compliance with this order. It is further

**ORDERED** that this Order shall remain in effect until 14 days from today, subject to an extension by this Court.

**SO ORDERED**

October ___, 2026

__________________________

Hon. Jennifer L. Rochon
United States District Judge