UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMON CAUSE, ROBERT HUNTER, SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 32BJ, and EMPIRE STATE 32BJ SEIU PAC,

Plaintiffs,

-against-

DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, *Secretary of the Department of Homeland Security, in his official capacity*; OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, *Director of the Office of Management and Budget, in his official capacity*; EXECUTIVE OFFICE OF THE PRESIDENT; and SUSIE WILES, *White House Chief of Staff, in her official capacity*,

Defendants.

Case No. 1:26-cv-08882 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at the hearing held on October 28, 2026, Plaintiffs' motion to compel is GRANTED in part and DENIED in part. Plaintiffs' motion to compel supplemental responses to Interrogatories 1, 9, and 12 is denied. Plaintiffs' motion to compel supplemental responses to Interrogatories 10 and 11 is granted in part: Defendants must respond to Interrogatories 10 and 11, as limited by the Court during the hearing, by **October 29, 2026,** at **5:00 p.m. EST.** The Clerk of Court is respectfully requested to terminate the motion at Dkt. 75.

Dated: October 28, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge