**VIA ECF**

Hon. Jennifer L. Rochon
United States District Court for the Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re: *Common Cause v. Department of Homeland Security*, No. 1:26-cv-08882

Dear Judge Rochon:

This evening, Plaintiffs amended their complaint to include the facts set forth in their motion to expand the temporary restraining order and to clarify that their *ultra vires* and equal-protection claims cover the actions challenged in the motion.

Plaintiffs respectfully submit that the amendment requires no change to the operative schedule, including the October 30 hearing on the motion to expand the temporary restraining order. The motion has been fully briefed. The supplemental allegations included in the First Amended Complaint were described in the pending motion and have been addressed by Defendants in their opposition. These issues are therefore ripe for argument. The amendment does not prejudice Defendants, who have been on notice of at least some of these allegations since at least October 14, when Plaintiffs raised them at the conference as a potential basis for further relief. *See* Oct. 14 Tr. 6:25–7:4, 16:21–17:21, 23:16–19. Other of these allegations relate to Defendants' responses to Plaintiffs' discovery requests on October 20 and 21. The amendment thus does not introduce any new allegations that would require further briefing or postponement of the hearing.

Any delay would only prolong the ongoing irreparable harm to Plaintiffs and the public as the November 3 elections approach—harms that Plaintiffs have already detailed in their motion and which Defendants do not contest in their response. *See* Dkt. No. 86.

This afternoon, Plaintiffs' counsel informed Defendants' counsel by email of their plan to file the First Amended Complaint and requested Defendants' position on the TRO schedule. Defendants' counsel responded: "We will abide by the operative schedule. But we reserve our right to make any objections, request additional time, etc. depending on the nature of the amendment."

October 28, 2026

Respectfully submitted,

<u>*/s/ Michael J. Gaffney*</u>

Michael J. Gaffney
Bradley Girard
Sean Ouellette
Anashua Dutta
Paul R.Q. Wolfson
Robin F. Thurston
Democracy Forward
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
mgaffney@democracyforward.org

Bruce V. Spiva
Tara Malloy
Brent Ferguson
Sejal Jhaveri
Renata O'Donnell
Katherine Hamilton
Campaign Legal Center Action
1333 New Hampshire Ave. NW
Washington, DC 20036
(202) 736-2200

Brendan Ballou*
Samuel T. Ward-Packard
Public Integrity Project Action, Inc.
1763 Columbia Rd. NW, Suite 175
Washington, DC 20009
(917) 684-3900

*Pro Hac Vice Application Forthcoming