**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 29, 2026

**<u>BY ECF</u>**
The Honorable Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Common Cause et al. v. Department of Homeland Security et al.*, 26 Civ. 8882 (JLR)

Dear Judge Rochon:

This Office represents the Defendants in the above-referenced matter. I write respectfully to request an extension *nunc pro tunc* of Defendants' deadline to provide supplemental responses to Plaintiffs' Interrogatories Numbers 10 and 11, from today at 5:00 p.m. to tomorrow at 2:00 p.m. Plaintiffs' counsel graciously does not object to this request and takes no position. In light of Defendants' delay in providing these responses, Plaintiffs respectfully request that the deadline for filing their motion for a preliminary injunction be extended from Friday, October 30, 2026 to Monday, November 2, 2026. Defendants consent to that request.

On October 28, 2026, the Court ordered Defendants to provide supplemental responses to Plaintiffs' Interrogatories Numbers 10 and 11 with respect to thirteen "Challenged Advertisements" by 5:00 p.m. today (ECF No. 87). At 5:00 p.m. today, Defendants' counsel emailed supplemental responses to Plaintiffs' counsel with respect to five of the thirteen Challenged Advertisements (the five Challenged Advertisements explicitly mentioned in Plaintiffs' Complaint). Defendants' counsel is working actively to obtain the information necessary to provide supplemental responses regarding the eight additional Challenged Advertisements, if it is available. Accordingly, Defendants respectfully request an extension *nunc pro tunc* of their deadline to provide supplemental responses to Plaintiffs' Interrogatories Numbers 10 and 11, from today at 5:00 p.m. to tomorrow at 2:00 p.m.

In addition, Plaintiffs respectfully request on consent that the deadline for filing their motion for a preliminary injunction be extended from Friday, October 30, 2026 to Monday, November 2, 2026.

Thank you for your consideration of these requests.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: /s/ *Jeffrey Oesstericher*
JEFFREY OESTERICHER
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2695
E-mail: jeffrey.oesstericher@usdoj.gov