**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COMMON CAUSE, et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No. 26-cv-8882-JLR<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Brendan Ballou, hereby move this Court for an Order for Admission Pro Hac Vice to appear as counsel for all Plaintiffs in the above-captioned action.

I am in good standing of the bars of the states of the District of Columbia and Minnesota (inactive) and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached a notarized affidavit pursuant to Local Rule 1.3.

Dated: October 26, 2026

Respectfully Submitted,

/s/ Brendan Ballou

Brendan Ballou
Public Integrity Project Action, Inc.
1763 Columbia Rd NW, Suite 175
Washington, D.C. 20009
Tel: (240) 473-3259
ballou@publicintegrityproject.org