**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

COMMON CAUSE, et al.,

Plaintiffs,

-against-

DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.

Case No. 26-cv-8882-JLR

**AFFIDAVIT OF BRENDAN BALLOU IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Brendan Ballou, having duly been sworn, state the following:

1. I certify that I have never been convicted of a felony.

2. I certify that I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3. I certify that there are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 23, 2026

Brendan Ballou
D.C. Bar No. 241592
Minn. Attorney License No. 0398947
Public Integrity Project Action, Inc.
1763 Columbia Rd NW, Suite 175
Washington, D.C. 20009
Tel: (240) 473-3259
ballou@publicintegrityproject.org
Counsel for Plaintiffs

NOTARY PUBLIC STATE OF TEXAS
Efraim Menashe Salvador
ID NUMBER
134501582
COMMISSION EXPIRES
August 10, 2027

State of Texas
County of Johnson
Sworn to and subscribed before me
on 10/26/2026 by Brendan Ballou-Kelley.

Electronically signed and notarized online using the Proof platform.