**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 30, 2026

**BY ECF**
The Honorable Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Common Cause et al. v. Department of Homeland Security et al.*, 26 Civ. 8882 (JLR)

Dear Judge Rochon:

This Office represents the Defendants (the "Government") in the above-referenced matter. I write respectfully to alert the Court to an issue with regard to the Order ("TRO") that the Court entered in the case today (ECF No. 101) and to request that the TRO be amended to remove, as applicable to MAGA, Inc., the requirement that "Defendants shall cancel or cause to be cancelled any slots, placements, reservations, or arrangements for the airing or dissemination of the three aforementioned advertisements through authorized third parties." *Id*. at 2. As the Court is aware, MAGA, Inc. is not a party to this litigation, even though Plaintiffs had the opportunity to add MAGA, Inc. when they recently amended their complaint. Moreover, Plaintiffs' amended complaint does not allege that any of the named Defendants have the ability to directly control MAGA, Inc. *See* ECF No. 90 ¶ 4 (alleging that MAGA, Inc. is "a super PAC that President Trump has continually described as being under his direct control"). Nor is there any evidence in the record that Defendants have the ability to control MAGA, Inc.

Most fundamentally, Defendants cannot comply with this aspect of the TRO because the named Defendants cannot control MAGA, Inc. Accordingly, Defendants respectfully request, pursuant to Federal Rule of Civil Procedure 60 and Local Civil Rule 6.3, that the Court amend the TRO to remove the requirement that Defendants cause MAGA, Inc. to "cancel or cause to be cancelled any slots, placements, reservations, or arrangements for the airing or dissemination of the three aforementioned advertisements." ECF No. 101 at 2. Because of the expedited nature of this request and the Court's TRO, the Government respectfully requests that the Court waive the requirement in Local Civil Rule 6.3 that the Government submit a memorandum of law. The Government of course will submit a memorandum of law should the Court request one.

Thank you for your consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: /s/ *Jeffrey Oestericher*
JEFFREY OESTERICHER
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2695
E-mail: jeffrey.oestericher@usdoj.gov