**VIA ECF**

Hon. Jennifer L. Rochon
United States District Court for the Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re: *Common Cause v. Department of Homeland Security*, No. 1:26-cv-08882

Dear Judge Rochon:

Plaintiffs respectfully submit this letter to bring to the Court's attention information relevant to Defendants' compliance with the Court's expanded Temporary Restraining Order, which was read from the bench on October 30 and docketed at 3:24 p.m.

As the Court made clear, the Order was effective immediately. Yet it was not until after noon today that Defendants unlisted the ads covered by the Court's order from the White House's YouTube page.[1] The ads remained on the YouTube page after the Court's order and through this morning. But a new video was posted on yesterday afternoon, *after* the Court's order. That video is not subject to the Court's order, but it shows that Defendants have control over and are actively operating the account. And at least one of the ads remains on the White House's Instagram page.[2] Like YouTube, there are multiple new posts on the account from after the Court's order.

Plaintiffs emailed Defendants' counsel at 9:41 a.m. asking when the ads would be taken down and why they had not yet been taken down even though new videos had been posted. Defendants' counsel responded at 10:07 a.m. stating: "I have been in constant contact with my government contacts about removing the videos from government social media. I should have an update shortly." At 12:35 p.m. Defendants' counsel emailed Plaintiffs' counsel stating: "As an update, I have been informed that we expect that the three videos specified in Judge Rochon's Order will have been removed from all official

---

[1] An "unlisted" video is not available via search or publicly listed on an account's page. But it is still accessible with a direct link. So each of the three ads are still technically available. *See, e.g.*, The White House, *$5000 to Americans* (YouTube, Oct. 12, 2026), https://www.youtube.com/watch?v=OaTi_y8_GLk

[2] Video posted by The White House (@whitehouse), Instagram, *The largest tax cuts in history* (Oct. 15, 2026), https://www.instagram.com/reel/Deh5XJ_jVVy/?mdxt=MWVodGo3eDl2OTluNw%3D%3D

government websites and social media by around 2:00 p.m. (EST) today." Defendants did not explain why they needed nearly 24 hours to remove the ads.

October 31, 2026

Respectfully submitted,

*<u>/s/_Bradley Girard__</u>*
Bradley Girard
Sean Ouellette
Michael J. Gaffney
Anashua Dutta
Paul R.Q. Wolfson
Robin F. Thurston
Democracy Forward
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
egoldstein@democracyforward.org

Bruce V. Spiva
Tara Malloy
Brent Ferguson
Sejal Jhaveri
Renata O'Donnell
Katherine Hamilton
Campaign Legal Center Action
1333 New Hampshire Ave. NW
Washington, DC 20036
(202) 736-2200

Brendan Ballou
Samuel T. Ward-Packard
Public Integrity Project Action, Inc.
1763 Columbia Rd. NW, Suite 175
Washington, DC 20009
(917) 684-3900