**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 31, 2026

**BY ECF**
The Honorable Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Common Cause et al. v. Department of Homeland Security et al.*, 26 Civ. 8882 (JLR)

Dear Judge Rochon:

This Office represents the Defendants (the "Government") in the above-referenced matter. I write respectfully pursuant to the Court's Order ("TRO") (ECF No. 101) to certify compliance with the TRO. Specifically, I can confirm that the Government emailed the TRO to MAGA, Inc. ("MAGA"), at the address found on its Federal Election Commission filing, and to an individual who the Government understands represents MAGA. I am also informed that Defendants can confirm that they do not have any slots, placements, reservations, or arrangements for the airing of the three advertisements specified in the TRO (the "three videos") with authorized third parties. I am also informed that Defendants can confirm that they do not have any slots, placements, reservations, or arrangements for the airing of the three videos with MAGA. Further, I am informed that Defendants have removed the three videos from public viewing on all White House official websites and social media. Defendants do not believe that the three videos are posted on any other official Government website, including official Government social media. Finally, Defendants understand that they are prohibited from disseminating the three videos.

Thank you for your consideration of this matter.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: /s/ *Jeffrey Oestericher*
JEFFREY OESTERICHER
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2695
E-mail: jeffrey.oestericher@usdoj.gov