**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 2, 2026

**BY ECF**
The Honorable Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Common Cause et al. v. Department of Homeland Security et al.*, 26 Civ. 8882 (JLR)

Dear Judge Rochon:

This Office represents the Defendants in the above-referenced matter. I write with the consent of Plaintiffs' counsel respectfully to request a two-day extension of time for the filing of Defendants' opposition to Plaintiffs' motion for a preliminary injunction, from Wednesday, November 4, 2026 to Friday, November 6, 2026. I also write respectfully to request that that the date for the submission of Plaintiffs' reply papers in support of their motion for a preliminary injunction be extended from Friday, November 6, 2026 to Tuesday, November 10, 2026. Defendants consent to that request.

Pursuant to an extension request recently granted by the Court (ECF No. 100), Plaintiffs' motion for a preliminary injunction is due today; Defendants' opposition papers are due on Wednesday, November 4; and Plaintiffs' reply papers are due on Friday, November 6. Defendants anticipate requiring more than two days to prepare their opposition papers. Accordingly, Defendants respectfully request a two-day extension of their deadline to file opposition papers, from November 4 to November 6, 2026. Relatedly, Plaintiffs request a two-business-day extension of the deadline to file their reply papers, from November 6 to November 10, 2026. This is the parties' first request for an extension of the opposition and reply briefing deadlines set forth in the Court's October 22, 2026 Order (ECF No. 78).

Thank you for your consideration of these requests.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: /s/ *Jeffrey Oesterichar*
JEFFREY OESTERICHER
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2695
E-mail: jeffrey.oestericher@usdoj.gov