**UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Common Cause** et al.,<br>Plaintiffs,<br>v.<br>**Department of Homeland Security** et al.,<br>Defendants. | **Case No. 26-cv-8882** |

# [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion for a Preliminary Injunction and Section 705 Stay, it is hereby **ORDERED** that Plaintiffs' motion is **GRANTED**. It is further

**ORDERED** that under 5 U.S.C. § 705, the purchase order entered into on or about September 20, 2026 between Customs Border Protection ("CBP") and Lepugh, Inc., doing business as LMD Agency, Inc., ("LMD") ("September 20 purchase order") is stayed, including all future payments made thereunder. It is further

**ORDERED** that under 5 U.S.C. § 705, the Office of Management and Budget's ("OMB") apportionment of $20 million to fund the development, creation, and airing of the taxpayer-funded ads covered by the September 20 purchase order is stayed. It is further

**ORDERED** that Defendants are enjoined from using, disbursing, or transferring funds appropriated to Defendants, including using staff time and resources, to disseminate, place, distribute, publish, or air the following advertisements: "America Will Never Be A Socialist/Communist Country," "The Country He Loves," "Final Battle," "$5,000 to Americans,"

"Every Democrat Voted Against No Tax on Tips," and "Cost of Socialism," including airing of these advertisements by MAGA Inc. It is further

**ORDERED** that Defendants are enjoined from using, disbursing, or transferring funds appropriated to Defendants, including using staff time and resources, to develop, create, disseminate, place, distribute, publish, or air any political advertisement attacking or promoting a particular candidate, party, or political ideology (together, with the advertisements named above, "the challenged advertisements"). It is further

**ORDERED** that Defendants shall cancel or cause to be cancelled any slot, placement, reservation, or arrangement for the airing or dissemination of the challenged advertisements. It is further

**ORDERED** that Defendants shall not enter into, renew, or expand any agreement authorizing the development, creation, dissemination, placement, or airing of the challenged advertisements. It is further

**ORDERED** that Defendants are enjoined from posting the challenged advertisements on official government websites or social media channels, such as WhiteHouse.gov, YouTube, X, Instagram, Truth Social, or other similar sites. It is further

**ORDERED** that the foregoing instructions bind Defendants' officers, agents, employees, contractors, and anyone acting in concert with them. *See* Fed. R. Civ. P. 65(d)(2). It is further

**ORDERED** that Defendants shall immediately provide a copy of this order to LMD Agency and LMO Advertising, under Federal Rule of Civil Procedure 65(d)(2)(C), and that LMD Agency and LMO Advertising, each as a contractor that is in active concert and participation with Defendants, is enjoined from continuing to run the challenged advertisements. It is further

**ORDERED** that Defendants shall immediately provide a copy of this order to MAGA Inc. under Federal Rule of Civil Procedure 65(d)(2)(C), and that MAGA Inc., as an entity in active concert and participation with Defendants, is enjoined from continuing to run the challenged advertisements. It is further

**ORDERED** that Defendants will file a status report within 24 hours of the entry of this preliminary injunction and Section 705 stay, confirming compliance with this order.

**SO ORDERED**

November ___, 2026

______________________

Hon. Jennifer L. Rochon
United States District Judge