UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMON CAUSE, ROBERT HUNTER, SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 32BJ, and EMPIRE STATE 32BJ SEIU PAC,

Plaintiffs,

-against-

DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, *Secretary of the Department of Homeland Security, in his official capacity*; OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, *Director of the Office of Management and Budget, in his official capacity*; EXECUTIVE OFFICE OF THE PRESIDENT; and SUSIE WILES, *White House Chief of Staff, in her official capacity*,

Defendants.

Case No. 1:26-cv-08882 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of the Defendants' letter motion at Dkt. 102. Given the letter filed at Dkt. 104, the letter motion at Dkt. 102 is DENIED as moot. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 102.

Dated: November 13, 2026
New York, New York

SO ORDERED.

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge