**VIA ECF**

Hon. Jennifer L. Rochon
United States District Court for the Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re: *Common Cause v. Department of Homeland Security*, No. 1:26-cv-08882

Dear Judge Rochon:

The parties respectfully submit this joint letter motion requesting that the Initial Pretrial Conference currently scheduled for November 24, 2026, Dkt. No. 53, be adjourned until a date convenient to the Court after Defendants file their response to Plaintiffs' First Amended Complaint. The parties further jointly request that the deadline to file the joint letter and proposed Civil Case Management Plan and Scheduling Order required by Dkt. No. 23 be extended until ten days prior to the rescheduled Initial Pretrial Conference.

A brief adjournment of the Initial Pretrial Conference would promote efficiency because Defendants' answer or motion to dismiss will clarify the topics to be addressed in the Conference—including the principal issues in the case, the scope of discovery, and the likelihood of settlement.

November 20, 2026

/s/ *Jeffrey Oestericher*
Jeffrey Oestericher
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
(212) 637-2695
jeffrey.oestericher@usdoj.gov

*Counsel for Defendants*

Respectfully submitted,

/s/ *Renata O'Donnell*
Renata O'Donnell
Bruce V. Spiva
Tara Malloy
Brent Ferguson
Sejal Jhaveri
Katherine Hamilton
Campaign Legal Center Action
1333 New Hampshire Ave. NW
Washington, DC 20036
(202) 736-2200
rodonnell@campaignlegalcenter.org

The parties' request is GRANTED. The Initial Pretrial Conference previously scheduled for November 24, 2026 is ADJOURNED until **January 12, 2027** at **4:30 p.m.** The Clerk of Court is respectfully directed to terminate the motion at Dkt. 119.

Dated: November 23, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

Bradley Girard
Sean Ouellette
Michael J. Gaffney
Anashua Dutta
Paul R.Q. Wolfson
Robin F. Thurston
Democracy Forward
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

Brendan Ballou
Samuel T. Ward-Packard
Public Integrity Project Action, Inc.
1763 Columbia Rd. NW, Suite 175
Washington, DC 20009
(917) 684-3900

*Counsel for Plaintiffs*